IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 5:18 CR 581 |
| v. | ) | |
| | ) | Title 18, Section 471, United States Code |
| TIMOTHY G. SIMMS, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
2018 OCT 11 PM 4:00
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

JUDGE OLIVER

COUNT 1
(Counterfeiting, in violation of 18 U.S.C. § 471)

The Grand Jury charges:

Between on or about July 2, 2018, through on or about July 4, 2018, in the Northern District of Ohio, Eastern Division, Defendant TIMOTHY G. SIMMS falsely made, forged, counterfeited and altered one or more obligations or other securities of the United States, with the intent to defraud, in violation of Title 18, United States Code, Section 471.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.